UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MICHAEL HENDRICKSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06CV1555 CDP |
| JANSSEN PHARMACEUTICA, L.P., | ) | |
| Defendant. | ) | |

## ORDER

The Honorable Henry E. Autrey has granted the joint motion to consolidate this action for scheduling and pretrial purposes.

Accordingly,

**IT IS HEREBY ORDERED** that my Order Setting Rule 16 Conference issued on October 27, 2006, is VACATED, and the scheduling conference set for Friday, December 1, 2006, is CANCELLED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2006.